

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00333-CR

Mario Ismael **GUTIERREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4433
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFIRMED. Appellate counsel's Motion for Withdrawal of Counsel is GRANTED.

SIGNED April 13, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice